```
                UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                       DALLAS DIVISION

HEIDI BRUCE,                       §
                                   §
     Plaintiff,                    §
                                   §
VS.                                §   CIVIL ACTION NO. 3:15-cv-0353-D
                                   §
ANTHEM INSURANCE COMPANIES,        §
INC., d/b/a ANTHEM BLUE CROSS      §
AND BLUE SHIELD, and VERIZON       §
EMPLOYEE  BENEFITS COMMITTEE,      §
                                   §
     Defendants.                   §
```

## PLAINTIFF'S MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Heidi Bruce [hereinafter "Bruce"], Plaintiff herein, and would respectfully show the Court the following:

1. All matters in controversy have been fully and finally compromised and settled.

WHEREFORE, PREMISES CONSIDERED, Bruce prays that the Court dismiss her claims with prejudice to the refiling of same, with all costs of Court to be taxed against the party incurring same.

                              Respectfully submitted,

                              /s/James L. Johnson
                              James L. Johnson
                              Texas Bar No. 10742020

                              THE JOHNSON LAW FIRM
                              6500 Greenville Avenue
                              Suite 345
                              Dallas, Texas  75206
                              Telephone:    214/363-1629
                              Telecopier:   214/363-9173

                              ATTORNEY FOR PLAINTIFF
                              HEIDI BRUCE

CERTIFICATE OF CONFERENCE

  I hereby certify that on January 8, 2016, I received a signed settlement agreement from Blaire Johnson, counsel for Defendants, expressing Defendants' agreement to the relief requested herein.

           /s/ James L. Johnson
           James L. Johnson

CERTIFICATE OF SERVICE

  I hereby certify that on January 8, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all of Defendants' attorneys of record who have consented to accept this Notice as service of this document by electronic means.

           /s/ James L. Johnson
           James L. Johnson